AFFIRM as modified; Opinion issued November 28, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00357-CR

### SHANTAVIA PATRICE BELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
Dallas County, Texas
Trial Court Cause No. F10-52229-H

## MEMORANDUM OPINION

Before Justices Moseley, Francis, and Lang
Opinion by Justice Francis

Shantavia Patrice Bell appeals from the adjudication of her guilt for burglary of a habitation. In three issues, appellant contends the judgment adjudicating guilt should be modified to show: (1) no plea bargain agreement; (2) the conditions of community supervision violated; and (3) the correct names of the attorneys representing her and the State. The State agrees the judgment should be modified. We modify the trial court's judgment and affirm as modified.

Appellant waived a jury and pleaded guilty to burglary of a habitation. Following the plea agreement, the trial court deferred adjudicating guilt, placed appellant on community

supervision for three years, and assessed a $1,500 fine. The State later moved to adjudicate guilt, alleging appellant violated conditions of her community supervision, including committing six new offenses. In a hearing on the motion without benefit of a plea bargain, appellant pleaded true to all of the allegations. The trial court found the allegations true, adjudicated appellant guilty, and assessed punishment at fifteen years in prison.

The record shows the trial court conducted a hearing based upon the State's amended motion to adjudicate filed January 31, 2012. The amended motion listed fourteen violations of the conditions of community supervision, including the six new offenses. Jason Fine represented the State during the hearing, and Davey Lamb represented appellant. The judgment, however, incorrectly recites Justin Lord as the attorney for the State, and Paul Johnson as appellant's attorney. The judgment also incorrectly reflects plea bargain terms of "15 years TDCJ." We sustain appellant's three issues.

We modify the trial court's judgment as follows: (1) attorney for the State is Jason Fine; (2) attorney for the defendant is Davey Lamb; (3) terms of plea bargain are "open;" and (4) while on community supervision, appellant violated the conditions of community supervision as set out in the State's January 31, 2012 "Amended Motion to Proceed with Adjudication of Guilt." *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27–28 (Tex. Crim. App. 1993); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas 1991, pet. ref'd).

As modified, we affirm the trial court's judgment.

_____
MOLLY FRANCIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
120357F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SHANTAVIA PATRICE BELL,
Appellant

No. 05-12-00357-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the Criminal District Court of Dallas County, Texas (Tr.Ct.No. F10-52229-H).
Opinion delivered by Justice Francis, Justices Moseley and Lang participating.

Based on the Court's opinion of this date, the trial court's judgment adjudicating guilt is **MODIFIED** as follows:

The section entitled "Attorney for State" is modified to show "Jason Fine."

The section entitled "Attorney for Defendant" is modified to show "Davey Lamb."

The section entitled "Terms of Plea Bargain" is modified to show "Open."

The section entitled "(5) While on community supervision, Defendant violated the terms" is modified to show "(5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's January 31, 2012 Amended Motion to Proceed with Adjudication of Guilt."

As modified, we **AFFIRM** the trial court's judgment.

Judgment entered November 28, 2012.

MOLLY FRANCIS
JUSTICE